UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVAN PETROS,

           Plaintiff,

v.                                                                Case No. 5:14-cv-13007-JCO-PJK
                                                         Hon. John Corbett O'Meara

BRODERSEN ENTERPRISES OF
MICHIGAN, LLC

           Defendant.

_____

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT
## BRODERSEN ENTERPRISES OF MICHIGAN, LLC

      Plaintiff Evan Petros, by and through counsel, and Defendant Brodersen Enterprises of Michigan, LLC, by and through counsel, having agreed to the entry of this Stipulation and Order of Dismissal With Prejudice dismissing all claims of Plaintiff Evan Petros against Brodersen Enterprises of Michigan, LLC, with prejudice and without costs to any party, and the Court, having been duly advised, now finds that the same should be granted.

      IT IS THEREFORE ORDERED that this action is hereby DISMISSED <u>with</u> prejudice and <u>without</u> costs as to Plaintiff, Evan Petros, and Defendant, Brodersen Enterprises of Michigan, LLC.

This Order resolves the last pending claim and closes this case.

Date: November 10, 2014                    s/John Corbett O'Meara
                                           United States District Judge


STIPULATED TO FOR ENTRY,

MADDIN HAUSER ROTH                         PETE M. MONISMITH, PC
& HELLER, P.C.


*/s/ Daniel U. Warsh*                      */s/ Pete M. Monismith (with consent)*
Daniel U. Warsh (P75515)                   Pete M. Monismith (P53614)
Attorney for Defendant                     Attorney for Plaintiff

2